United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-11290-MH |
| Jonathan Walter Hoffmann | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2026 | Form ID: r341z | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jonathan Walter Hoffmann, 19800 Macarthur Blvd Ste 880, Irvine, CA 92612-2484 |
| 43063503 | Highland Mariposa HOA, 509 N Coast Hwy, Oceanside, CA 92054-2433 |
| 43063505 | Investment Retrievers, 4962 Robert J Mathews Pkwy, Folsom, CA 95762-5724 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | May 09 2026 02:13:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | May 09 2026 02:14:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2026 02:12:16 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 43063500 | ^ | MEBN | May 09 2026 02:08:30 | AWA Collection, PO Box 6605, Orange, CA 92863-6605 |
| 43063499 | | Email/Text: ally@ebn.phinsolutions.com | May 09 2026 02:13:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 43063502 | | Email/Text: BKBNCNotices@ftb.ca.gov | May 09 2026 02:14:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 43063504 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 09 2026 02:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 43063506 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2026 02:13:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 43063507 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2026 02:24:30 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 43082355 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2026 02:12:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 43063508 | | Email/Text: bankruptcy@ncaks.com | May 09 2026 02:13:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 43074982 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | May 09 2026 02:12:03 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 43063509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2026 02:12:18 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 43082927 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0973-8                          User: admin                                    Page 2 of 2

Date Rcvd: May 08, 2026                       Form ID: r341z                                 Total Noticed: 21

|  |  | May 09 2026 02:12:31 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 43063510 | Email/Text: enotifications@santanderconsumerusa.com | May 09 2026 02:13:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 43063511 | Email/Text: mtgbk@shellpointmtg.com | May 09 2026 02:13:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 43081535 | ^ MEBN | May 09 2026 02:08:07 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 43063512 | ^ MEBN | May 09 2026 02:08:50 | Veros Credit, 2333 N Broadway 92706-1656 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp |  | Courtesy NEF |
| 43063501 |  | Dustin Smith |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Ally Financial c/o AIS Portfolio Services  LLC amit.sharma@aisinfo.com |
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Jonathan Walter Hoffmann bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

Form r341z–r341 VAN–02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

### 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## <u>RENOTICE CONFIRMATION HEARING</u>

**DEBTOR INFORMATION:**
Jonathan Walter Hoffmann

**BANKRUPTCY NO.** 8:26–bk–11290–MH

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6212
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
19800 Macarthur Blvd Ste 880
Irvine, CA 92612–2484

**DEBTOR'S ATTORNEY:**
Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

949–312–1377

**TRUSTEE:**
Amrane (SA) Cohen (TR)
770 The City Drive South Suite 3700
Orange, CA 92868

714–621–0200

Please take notice that the confirmation hearing has been reset for:

**Date:** July 27, 2026        **Time:** 11:00 AM
**Location:** 411 W Fourth St., Crtrm 6C, Santa Ana, CA 92701

By the Court,

Dated: May 8, 2026

**Kathleen J. Campbell**
Clerk of Court

(Form r341z–r341 VAN–02) Rev. 05/2010

**11 / JL**