| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Jonathan Walter Hoffmann** | CASE NO.: 8:26-bk-11290-MH |
|---|---|
| | CHAPTER: 13 |
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☑  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  05/11/2026     Jonathan Walter Hoffmann
                      Printed name of Debtor 1                                    Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐   I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐   **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐   **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                                    Printed name of Debtor 2                                        Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.