Fanny Wan, SBN 277606
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Telephone: 562-545-9420
BK.CA@McCalla.com

Attorney for Secured Creditor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br><br>Jonathan Walter Hoffmann,<br><br><br>Debtor. | CASE NO.: **8:26-bk-11290-MH**<br><br>CHAPTER: **13**<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>341(a) Meeting:</u><br>Date: 06/16/2026<br>Time: 9:00 a.m.<br>Place: at Zoom - Cohen:<br>Meeting ID 879 620 7359<br>Passcode 2248891822<br>Phone 1 657 222 4207<br><u>Confirmation Hearing:</u><br>Date: 07/27/2026<br>Time: 11:00 a.m.<br>Place: at Crtrm 6C, 411 W Fourth St.,<br>Santa Ana, CA 92701 |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES**

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor") hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter.  Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan.  Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1. **Secured Creditor's claim relating to the Property.** At the time of the bankruptcy petition filing, Secured Creditor's claim was in the approximate amount of $875,854.94, including arrearage in the approximate amount of $159,117.97.  Secured Creditor's claim is secured by the real property commonly known as 209 Saratoga Ave, Placentia, CA 92870 (the "Property").  Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the Proof of Claim filing deadline of July 6, 2026.

2. **Pursuant to 11 U.S.C. § 1322(b)(5), the plan fails to provide for the curing of the default and maintenance payments on Secured Creditor's claim which final payment is due after the proposed final payment under the plan.** According to the plan, Debtor has provided for the arrears in the amount of $113,000.00.  However, the arrearage on Secured Creditor's claim is in the amount of $159,117.97. Debtor has failed to provide for the curing of the remaining default of $46,117.97. Furthermore, in the nonstandard provision of the plan, Debtor states that he is going through divorce and plans to sell the property by month nine (9) of the plan but does not specify any date for completion of the proposed sale. The confirmation of the Plan should be denied until or unless the Plan provides more specific details regarding the sale price and timing of the proposed sale of the property. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. § 1322(b)(5).

3. **Pursuant to 11 U.S.C.(a)(6), the Plan appears infeasible.**  According to the Plan, Debtor will make monthly plan payments of $1,310.00  for 60 months, plus one payment of $259,443.00 in month 9 of the Plan.  According to Debtor's Schedules, Debtor has a monthly net income of $714.00, which is not sufficient to cover the proposed monthly plan payment of $1,310.00.  In addition, Debtor's proposed monthly plan payment is not sufficient to cover Secured Creditor's higher arrear amount [$46,117.97 or about $768,63 per month for 60 months].  As such, Secured Creditor submits that the Plan appears infeasible and cannot be confirmed.

///

## **CONCLUSION**

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,

2. Debtor's Plan be amended in accordance with this Objection.

3. For other such relief as the Court deems just and proper.

Dated: June 24, 2026                    Respectfully Submitted,

McCalla Raymer Leibert Pierce, LLP

By:        */s/Fanny  Wan*
_____

Fanny  Wan

Attorney for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1 N. Dearborn, Suite 1200, Chicago, IL 60602**

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 24, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| *U.S. Trustee* | *Trustee* | *Debtor's Attorney* |
|---|---|---|
| ustpregion16.la.ecf@usdoj.gov | **Amrane Cohen** | **Benjamin Heston** |
| | efile@ch13ac.com | bhestonecf@gmail.com |
| | | ☐Service information continued on attached page |

**2.   SERVED BY UNITED STATES MAIL**:
On June 24, 2026, I *~~served~~ the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by ~~placing a true and correct copy thereof in a sealed envelope in the~~ United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. **\*caused to be served**

| *U.S. Bankruptcy Court Judge* | *Debtor* |
|---|---|
| **Honorable Mark D. Houle** | Jonathan Walter Hoffmann |
| 411 West 4th Street | 19800 Macarthur Blvd Ste 880 |
| Ronald Regan Federal Builing | Irvine, CA 92612-2484 |
| Santa Ana, California 92701 | |

☐Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 24, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **6/24/2026** | **Mayra Ladouceur** | */s / Mayra Ladouceur* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**