NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

JONATHAN WALTER HOFFMANN,

Debtor.

**Case No: 8:26-bk-11290-MH**

**Chapter 13**

**DEBTOR'S REPLY TO CHAPTER 13 TRUSTEE'S AND NEWREZ LLC'S OBJECTIONS TO CONFIRMATION**

**Hearing:**
Date: July 27, 2026
Time: 11:00 AM
Courtroom: 6C

Debtor, Jonathan Walter Hoffmann, hereby submits this reply to the Chapter 13 Trustee's objection filed as Docket No. 26 and NewRez LLC's objection filed as Docket No. 27.

## BACKGROUND

Debtor is involved in unusually contentious dissolution proceedings. Those proceedings have been dominated by emergency custody disputes that required Debtor's immediate attention and have exacerbated the lack of cooperation between the parties.

## RESPONSE TO OBJECTIONS

1. **Plan payments.** Debtor will bring all required plan payments current before confirmation pursuant to the terms of this Amended Chapter 13 Plan.

2. **Post-petition payment declaration.** Debtor will bring all required post-petition

payments current and file the required declaration before confirmation.

3. **Tax and domestic support declaration.** Debtor is in the process of filing his 2025 tax returns. Once the returns are filed, they will be provided to the Trustee and the tax/DSO declaration will be filed.

4. **Business records.** Debtor is working on preparing his profit and loss statements, business questionnaire, and other required business documents before confirmation.

5. **Feasibility.** Debtor will file amended Schedules I and J which show that he has the ability to make the plan payments.

6. **Santander claim.** The First Amended Plan places Santander Consumer USA Inc. d/b/a Chrysler Capital in Class 3C and provides for payment of its $25,847.11 claim in full with interest at 8.75%.

7. **Conduit mortgage payments.** Debtor consents to the Trustee serving as the post-confirmation disbursing agent for the ongoing mortgage payments until the property is sold.

8. **Sale of real property.** The First Amended Plan requires Debtor to complete the sale by month 6. Debtor will file a motion for authority to sell sufficiently in advance to permit closing within that deadline.

9. **Shellpoint arrears.** The First Amended Plan corrects Shellpoint's arrears from $113,000 to $159,118.

## CONCLUSION

For the reasons stated above, Debtor respectfully requests that the Court continue the confirmation hearing to permit Debtor to resolve the issues described herein.

Respectfully,

NEXUS BANKRUPTCY

Date: July 15, 2026

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtor

DEBTOR'S REPLY TO CHAPTER 13 TRUSTEE'S AND NEWREZ LLC'S OBJECTIONS TO CONFIRMATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S REPLY TO CHAPTER 13 TRUSTEE'S AND NEWREZ LLC'S OBJECTIONS TO CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/20/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane (SA) Cohen (TR)     efile@ch13ac.com
Dane W Exnowski     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Fanny Zhang Wan     Fanny.Wan@mccalla.com, mccallaecf@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 7/20/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Mark D. Houle
411 West Fourth Street
Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/20/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**