**AMRANE COHEN
CHAPTER 13 TRUSTEE
Orange City Square
770 The City Dr. South, #3700
Orange, CA  92868
Tel: (714) 621-0200**

**UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br>**Jonathan Walter Hoffmann**<br><br>Debtor(s). | **Chapter 13**<br>**Case No.:  8:26-bk-11290-MH**<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT AND OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE.** |

TO: THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S) IF ANY:

NOTICE IS HEREBY GIVEN that Amrane Cohen, the Chapter 13 Trustee in the above-captioned case, intends to file a Final Report & Account, a draft of which is enclosed; and

NOTICE IS HEREBY GIVEN that any remaining balance on hand less applicable trustee fees and attorney fees will be refunded to the debtor(s);

NOTICE IS HEREBY GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee (see Bankruptcy 11 U.S.C. Section 350(a) and Rule 5009, F.R.B.P.); and

NOTICE IS FURTHER GIVEN that objection (s) , if any, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

Executed on 7/30/2026 at Orange, California.


　　　　　　　　　　　　 /s/ Amrane Cohen_____
　　　　　　　　　　　　Amrane Cohen, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: Jonathan Walter Hoffmann                     Case No.: 8:26-bk-11290-MH
19800 Macarthur Blvd Ste 880                        Judge: MARK D HOULE
Irvine,  CA  92612-2484

## DRAFT FINAL REPORT AND ACCOUNT

This case was **DISMISSED BEFORE CONFIRMATION(A)**          SSN#1 - XXX-XX-6212
                                                            SSN#2 -

| This Case was commenced on 04/26/2026 | The Plan was Confirmed on | The Case was concluded on 07/28/2026 |
|---|---|---|

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:          $0.00

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|
| | | | PRINCIPAL | INTEREST | |
| AIS PORTFOLIO SERVICES, LP | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| Ally Financial | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Amrane (SA) Cohen (TR) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Benjamin Heston | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Dustin Smith | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD     MO $ PRO-RATA: TAXES | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD     A/CLM 7/22/26. NO PROVS. TAXES | SECURED | 30,835.13 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Highland Mariposa HOA     ARRS DP. HOA: 209 SARATOGA AVE | MORTGAGE ARREAR | 27,859.77 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE     MO $ PRO-RATA: A/CLM 5/8/26. TAXES | PRIORITY | 58,063.94 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE     A/CLM 5/8/26. PER CLASS 3C. TAXES | SECURED | 88,907.02 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Investment Retrievers | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 7,311.70 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 790.87 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 366.23 | 0.00 | 0.00 | 0.00 |
| LVNV Funding, LLC | UNSECURED | 617.88 | 0.00 | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS, LLC | UNSECURED | 300.00 | 0.00 | 0.00 | 0.00 |
| NEWREZ LLC     ARRS DP. TD: 209 SARATOGA AVE | MORTGAGE ARREAR | 159,117.97 | 0.00 | 0.00 | 0.00 |
| Portfolio Recovery Associates | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

CASE NO:  8:26-bk-11290-MH           Jonathan Walter Hoffmann

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | UNSECURED | 602.00 | 0.00 | 0.00 | 0.00 |
| Santa Ana Division | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC NO PROVS. 2015 VOLKS ARRS $16253.75 | SECURED | 25,847.11 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC., | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| TD Bank, N.A. | UNSECURED | 1,801.03 | 0.00 | 0.00 | 0.00 |
| TWO JINN, INC. DBA ALADDIN BAIL B BAIL BONDS | UNSECURED | 46,168.22 | 0.00 | 0.00 | 0.00 |
| United States Trustee (SA) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPT OF HOUSING & URBAN DEV NO PROVS: HUD | SECURED | 187,923.14 | 0.00 | 0.00 | 0.00 |
| VERIZON | UNSECURED | 103.62 | 0.00 | 0.00 | 0.00 |
| VERIZON | UNSECURED | 191.29 | 0.00 | 0.00 | 0.00 |
| Veros Credit | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 520,490.14 | 58,063.94 | 58,252.84 | | 0.00 | 636,806.92 | TOTAL PAID |
| PRIN. PAID | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | PRIN. AND INT. |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| Benjamin Heston | 7,063.00 | 0.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

I, Amrane Cohen, the Chapter 13 Trustee, certify that this Final Report and Account is a true and accurate record of the estate to the best of my knowledge, information and belief.  I hereby certify that the estate has been fully administered.

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Amrane Cohen as Trustee and releasing Amrane Cohen and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: July 30, 2026                                    /s/ Amrane Cohen

                                                        Amrane Cohen

CASE NO:  8:26-bk-11290-MH          Jonathan Walter Hoffmann

| In re:<br>Jonathan Walter Hoffmann<br>19800 Macarthur Blvd Ste 880<br>Irvine, CA  92612-2484 | | **CHAPTER 13** |
| --- | --- | --- |
| | Debtor(s). | **Case No.:**8:26-bk-11290-MH |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT</u> will be served  or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 7/30/2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Benjamin Heston                                                        bhestonecf@gmail.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/30/2026 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Jonathan Walter Hoffmann
19800 Macarthur Blvd Ste 880
Irvine,  CA  92612-2484

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/30/2026 | ALDO AMAYA | /s/_ALDO AMAYA__ |
| --- | --- | --- |
| Date | Type Name | ALDO AMAYA |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    F 9013-3.1.PROOF.SERVICE