United States Bankruptcy Court

Central District of California

In re:

Jonathan Walter Hoffmann

Debtor

Case No. 26-11290-MH

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-8

Date Rcvd: Jul 28, 2026

User: admin

Form ID: van150

Page 1 of 3

Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Jonathan Walter Hoffmann, 19800 Macarthur Blvd Ste 880, Irvine, CA 92612-2484 |
| 43063503 | | Highland Mariposa Homeowners Association, 509 N Coast Hwy, Oceanside, CA 92054-2433 |
| 43063505 | | Investment Retrievers, 4962 Robert J Mathews Pkwy, Folsom, CA 95762-5724 |
| 43170624 | + | T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 43187990 | + | TWO JINN, INC. DBA ALADDIN BAIL BONDS, ATTN: FSD BK, PO BOX 2606, CARLSBAD, CA 92018-2606 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: EDD.COM | Jul 29 2026 04:36:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 29 2026 04:36:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Jul 29 2026 04:36:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 43063500 | ^ | MEBN | Jul 29 2026 00:35:30 | AWA Collection, PO Box 6605, Orange, CA 92863-6605 |
| 43063499 | | EDI: GMACFS.COM | Jul 29 2026 04:36:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 43155078 | | EDI: CALTAX.COM | Jul 29 2026 04:36:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 43063502 | | EDI: CALTAX.COM | Jul 29 2026 04:36:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 43063504 | | EDI: IRS.COM | Jul 29 2026 04:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 43063506 | | EDI: JEFFERSONCAP.COM | Jul 29 2026 04:36:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 43170632 | | EDI: JEFFERSONCAP.COM | Jul 29 2026 04:36:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 43063507 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 00:43:08 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 43082355 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 00:43:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 43063508 | | Email/Text: bankruptcy@ncaks.com | Jul 29 2026 00:39:00 | National Credit Adjusters, PO Box 3023, |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: van150 | Total Noticed: 28 |

|  |  |  | Hutchinson, KS 67504-3023 |
|---|---|---|---|
| 43160829 | + Email/Text: bankruptcy@ncaks.com | Jul 29 2026 00:39:00 | National Credit Adjusters, LLC, Attn: Bankruptcy/Deceased CRA, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 43193305 | Email/Text: mtgbk@shellpointmtg.com | Jul 29 2026 00:39:00 | NewRez LLC, Bankruptcy Department, PO Box 10826, Greenville SC 29603-0826 |
| 43074982 | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Jul 29 2026 00:43:10 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 43063509 | EDI: PRA.COM | Jul 29 2026 04:36:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 43082927 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 00:43:07 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 43063510 | Email/Text: enotifications@santanderconsumerusa.com | Jul 29 2026 00:40:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 43063511 | Email/Text: mtgbk@shellpointmtg.com | Jul 29 2026 00:39:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 43081535 | ^ MEBN | Jul 29 2026 00:35:34 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 43166771 | EDI: AIS.COM | Jul 29 2026 04:36:00 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 43063512 | ^ MEBN | Jul 29 2026 00:35:57 | Veros Credit, 2333 N Broadway, Santa Ana, CA 92706-1656 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 43063501 | | Dustin Smith |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Jul 28, 2026 | Form ID: van150 | Total Noticed: 28

| Name | Email Address |
| --- | --- |
| Amitkumar Sharma | on behalf of Creditor Ally Financial c/o AIS Portfolio Services  LLC amit.sharma@aisinfo.com |
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Jonathan Walter Hoffmann bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Fanny Zhang Wan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Fanny.Wan@mccalla.com mccallaecf@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Jonathan Walter Hoffmann

**BANKRUPTCY NO.** 8:26–bk–11290–MH

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6212
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/28/26

**Address:**
19800 Macarthur Blvd Ste 880
Irvine, CA 92612–2484

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

BY THE COURT,

Dated: July 28, 2026

**Kathleen J. Campbell**
Clerk of Court

Form van150–od13a Rev. 06/2017

**30 / JL**