**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA 92868**
**Tel: (714) 621-0200**

**UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br><br>**JONATHAN WALTER HOFFMANN**<br><br>Debtor(s). | **Case No.: 8:26-bk-11290-MH**<br><br>**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT** |

On July 30, 2026, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2026 at Orange, California.

Dated: September 16, 2026

/s/ ALDO AMAYA
ALDO AMAYA